UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK WILLIAM TOWNSEND,

    Plaintiff,

    v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Civil Action No. 15-1644 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of the defendants' Motion for Summary Judgment, ECF No. 73, the memoranda submitted in support and opposition, the exhibits attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendants' Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Date: August 27, 2019

*This is a final and appealable order.*

_____
BERYL A. HOWELL
Chief Judge