# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 19-5259**  **September Term, 2022**

**1:15-cv-01644-BAH**

**Filed On: September 27, 2022** [1966348]

Mark William Townsend,

    Appellant

  v.

United States of America, et al.,

    Appellees

## M A N D A T E

In accordance with the order of September 27, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

                          BY:   /s/
                                     Laura M. Chipley
                                     Deputy Clerk

Link to the order filed September 27, 2022