# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:15−cv−01644−BAH</u>

TOWNSEND v. UNITED STATES OF AMERICA et al
Assigned to: Chief Judge Beryl A. Howell
Demand: $300,000,000
Case in other court:  USCA, 19−05259
Cause: 29:621 Job Discrimination (Age)

Date Filed: 10/07/2015
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

| | | |
|---|---|---|
| **MARK WILLIAM TOWNSEND** | represented by | **Mark Ramsey Heilbrun** |
| | | HARLAN BRADLEY LLP |
| | | Reagan International Trade Building |
| | | 1300 Pennsylvania Avenue, NW |
| | | Suite 190, #414 |
| | | Washington, DC 20004 |
| | | (202) 997−1609 |
| | | Email: <u>mh@harlanbradleyllp.com</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | represented by | **Cristen Cori Handley** |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | Civil Division, Federal Programs Branch |
| | | 1100 L Street, NW |
| | | Washington, DC 20005 |
| | | 202−305−2677 |
| | | Email: <u>Cristen.Handley@usdoj.gov</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Paul Elias Werner** |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | Civil Division |
| | | Ben Franklin Station |
| | | P.O. Box 7146 |
| | | Washington, DC 20044 |
| | | (202) 616−4152 |
| | | Fax: (202) 616−4314 |
| | | Email: <u>paul.werner@usdoj.gov</u> |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jean−Michel Voltaire** |

U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Room 11106
Washington, DC 20530
(202) 616−8211
Fax: (202) 616−8460
Email: jean.michel.voltaire@usdoj.gov
*TERMINATED: 10/07/2022*

**Julie Shana Saltman**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Suite 7111
Washington, DC 20530
(202) 532−4252
Email: julie.saltman@usdoj.gov
*TERMINATED: 10/27/2017*

**Defendant**

**UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY**

represented by  **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Julie Shana Saltman**
(See above for address)
*TERMINATED: 10/27/2017*

**Defendant**

**UNITED STATES DEPARTMENT OF
JUSTICE**
*TERMINATED: 11/13/2017*

represented by  **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Julie Shana Saltman**
(See above for address)
*TERMINATED: 10/27/2017*

**Defendant**

**REGINA MCCARTHY**
*in her official and individual capacities −*

represented by  **Cristen Cori Handley**
(See above for address)

*ADMINISTRATOR, ENVIRONMENTAL*
*PROTECTION AGENCY*
*TERMINATED: 11/13/2017*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**ROBERT PERCIASEPE**
*In his official capacity as DEPUTY*
*ADMINISTRATOR (retired)*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**JAMES JONES**
*In his official capacity as ASSISTANT*
*ADMINISTRATOR FOR THE OFFICE*
*OF CHEMICAL SAFETY AND*
*POLLUTION PREVENTION*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**LOUISE WISE**
*In her official capacity as DEPUTY*
*ASSISTANT ADMINISTRATOR FOR*
*THE OFFICE OF CHEMICAL SAFETY*
*AND POLLUTION PREVENTION*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
(202) 616−8211
Fax: (202) 616−8460
Email: jean.michel.voltaire@usdoj.gov
*TERMINATED: 10/07/2022*

**Defendant**

| | | |
|---|---|---|
| **MARK KAMINSKY**<br>*SPECIAL AGENT, OFFICE OF*<br>*INSPECTOR GENERAL*<br>*ENVIRONMENTAL PROTECTION*<br>*AGENCY*<br>*TERMINATED: 11/13/2017* | represented by | **Cristen Cori Handley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul Elias Werner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jean−Michel Voltaire**<br>(See above for address)<br>*TERMINATED: 10/07/2022* |

**Defendant**

| | | |
|---|---|---|
| **ARTHUR ELKINS**<br>*INSPECTOR GENERAL*<br>*TERMINATED: 11/13/2017* | represented by | **Cristen Cori Handley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul Elias Werner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jean−Michel Voltaire**<br>(See above for address)<br>*TERMINATED: 10/07/2022* |

**Defendant**

| | | |
|---|---|---|
| **MARTHA MONELL**<br>*DEPUTY DIRECTOR OF*<br>*MANAGEMENT OFFICE OF*<br>*PESTICIDES PROGRAM* | represented by | **Cristen Cori Handley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul Elias Werner**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**UNKNOWN NAMED OFFICIALS OF THE ENVIRONMENTAL PROTECTION AGENCY**

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**RONALD C. MACHEN, JR.**
*(Resigned) Former UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA*
*TERMINATED: 11/13/2017*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**VINCENT H. COHEN, JR.**
*ACTING UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA*
*TERMINATED: 11/13/2017*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**JAMES SMITH**
*Former ASSISTANT UNITED STATES ATTORNEY (Resigned)*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Paul Elias Werner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**UNKNOWN NAMED OFFICIALS OF THE UNITED STATES DEPARTMENT OF JUSTICE**
*in their official and individual capacities*
*TERMINATED: 11/13/2017*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Michel Voltaire**
(See above for address)
*TERMINATED: 10/07/2022*

**Defendant**

**SCOTT PRUITT**
*Administrator of the EPA*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WENDY CLELAND−HAMNETT**
*Former Director, Office of Pollution Prevention and Toxics, EPA*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TALA RAE HENRY**
*Director, Risk Assessment Division, EPA*

represented by **Cristen Cori Handley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/07/2015 | 1 | | COMPLAINT *Mark William Townsend* against ALL DEFENDANTS with Jury Demand ( Filing fee $ 400 receipt number 0090−4270306) filed by Mark William Townsend. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons, # 14 Summons, # 15 Summons, # 16 Summons, # 17 Summons, # 18 Summons, # 19 Summons, # 20 Summons, # 21 Summons, # 22 Summons, # 23 Summons, # 24 Summons, # 25 Summons, # 26 Summons, # 27 Summons, # 28 Summons, # 29 Summons)(Heilbrun, Mark). (Entered: 10/07/2015) |

| | | | |
|---|---|---|---|
| 10/09/2015 | 2 | | ERRATA by Mark William Townsend 1 Complaint,, filed by Mark William Townsend. (Heilbrun, Mark) (Entered: 10/09/2015) |
| 10/09/2015 | | | Case Assigned to Judge Beryl A. Howell. (md) (Entered: 10/09/2015) |
| 10/13/2015 | 3 | | STANDING ORDER. Signed by Judge Beryl A. Howell on October 13, 2015. (lcbah2) (Entered: 10/13/2015) |
| 10/14/2015 | 4 | | SUMMONS ISSUED Electronically as to VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA, UNKNOWN NAMED OFFICIALS OF THE ENVIRONMENTAL PROTECTION AGENCY, UNKNOWN NAMED OFFICIALS OF THE UNITED STATES DEPARTMENT OF JUSTICE, LOUISE WISE, U.S. Attorney General. (Attachments: # 1 Notice of Consent)(md) (Entered: 10/14/2015) |
| 10/16/2015 | 5 | | SUMMONS REISSUED Electronically as to JAMES J. JONES, JAMES E. SMITH. (md) (Entered: 10/16/2015) |
| 11/02/2015 | 6 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ARTHUR ELKINS served on 10/19/2015 (Attachments: # 1 Affidavit EPA as Defendant, # 2 Affidavit EPA Unknown Named, # 3 Affidavit DoJ Unknown Named, # 4 Affidavit Monell Official Capacity, # 5 Affidavit Kaminsky Official Capacity, # 6 Affidavit McCarthy Official Capacity, # 7 Affidavit Perciasepe Official Capacity, # 8 Affidavit Elkins Official Capacity, # 9 Affidavit Jones Official Capacity, # 10 Affidavit Wise Official Capacity)(Heilbrun, Mark) (Entered: 11/02/2015) |
| 11/03/2015 | 7 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. RONALD C. MACHEN, JR served on 10/19/2015, answer due 11/9/2015 (Heilbrun, Mark) (Entered: 11/03/2015) |
| 11/03/2015 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. REGINA MCCARTHY served on 10/20/2015, answer due 11/10/2015 (Heilbrun, Mark) (Entered: 11/03/2015) |
| 11/03/2015 | 9 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ARTHUR ELKINS served on 10/16/2015, answer due 11/6/2015 (Heilbrun, Mark) (Entered: 11/03/2015) |
| 11/05/2015 | 10 | | NOTICE of Appearance by Paul Elias Werner on behalf of UNITED STATES OF AMERICA (Werner, Paul) (Entered: 11/05/2015) |
| 11/05/2015 | 11 | | NOTICE *of Statement of Request for Correction of Docketed Response Dates* by UNITED STATES OF AMERICA (Werner, Paul) (Entered: 11/05/2015) |
| 11/05/2015 | 12 | | REQUEST FOR SUMMONS TO ISSUE *to United States c/o US Attorney for District of Columbia* filed by MARK WILLIAM TOWNSEND.(Heilbrun, Mark) (Entered: 11/05/2015) |
| 11/05/2015 | 13 | | NOTICE of Appearance by Julie Shana Saltman on behalf of UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Saltman, Julie) |

| | | | |
|---|---|---|---|
| | | | (Entered: 11/05/2015) |
| 11/05/2015 | 14 | | REQUEST FOR SUMMONS TO ISSUE *United States of America c/o United States Attorney for District of Columbia* filed by MARK WILLIAM TOWNSEND.(Heilbrun, Mark) (Entered: 11/05/2015) |
| 11/05/2015 | 15 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VINCENT H. COHEN, JR. served on 10/23/2015 (Heilbrun, Mark) (Entered: 11/05/2015) |
| 11/05/2015 | 16 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. VINCENT H. COHEN, JR. served on 10/19/2015 (Heilbrun, Mark) (Entered: 11/05/2015) |
| 11/05/2015 | 17 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 10/19/2015. (Heilbrun, Mark) (Entered: 11/05/2015) |
| 11/05/2015 | 18 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to UNITED STATES DEPARTMENT OF JUSTICE served on 10/19/2015 (Heilbrun, Mark) Modified on 11/6/2015 (zrdj). (Entered: 11/05/2015) |
| 11/05/2015 | 19 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JAMES SMITH served on 10/19/2015 (Heilbrun, Mark) (Entered: 11/05/2015) |
| 11/06/2015 | 20 | | SUMMONS (1) Issued Electronically as to U.S. Attorney (zrdj) (Entered: 11/06/2015) |
| 11/09/2015 | 21 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 10/19/2015. Answer due for ALL FEDERAL DEFENDANTS by 12/18/2015. (Heilbrun, Mark) (Entered: 11/09/2015) |
| 11/09/2015 | 22 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNKNOWN NAMED OFFICIALS OF THE UNITED STATES DEPARTMENT OF JUSTICE served on 10/19/2015 (Heilbrun, Mark) (Entered: 11/09/2015) |
| 11/09/2015 | 23 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ROBERT PERCIASEPE served on 10/18/2015 (Heilbrun, Mark) Modified date of service on 11/10/2015 (znmw). (Entered: 11/09/2015) |
| 11/09/2015 | 24 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JAMES SMITH served 10/19/2015. (Heilbrun, Mark) Modified on 11/10/2015 (znmw). (Entered: 11/09/2015) |
| 11/14/2015 | 25 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JAMES SMITH served on 11/4/2015 (Heilbrun, Mark) (Entered: 11/14/2015) |
| 11/15/2015 | 26 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. MARTHA MONELL served on 11/4/2015 (Heilbrun, Mark) (Entered: 11/15/2015) |
| 11/18/2015 | 27 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 11/12/2015. Answer due for ALL FEDERAL DEFENDANTS by 1/11/2016. (Heilbrun, Mark) (Entered: 11/18/2015) |

| | | | |
|---|---|---|---|
| 11/18/2015 | 28 | | SEALED DOCUMENT (This document is SEALED and only available to authorized persons.)(zrdj) (Entered: 11/19/2015) |
| 11/19/2015 | | | MINUTE ORDER (paperless) DIRECTING, upon consideration of 28 electronic correspondence submitted to the Court, that the plaintiff submit, by November 25, 2015, at noon, a response demonstrating the basis for the plaintiff's belief that he has served the correct James Smith in connection with this case. Signed by Judge Beryl A. Howell on November 19, 2015. (lcbah2) (Entered: 11/19/2015) |
| 11/20/2015 | | | Set/Reset Deadlines: Plaintiff's Response demonstrating the basis for the plaintiff's belief that he has served the correct James Smith in connection with this case is due by 11/25/2015 at 12:00 noon. (jth) (Entered: 11/20/2015) |
| 11/20/2015 | | | Set/Reset Deadlines: Plaintiff's Response to Order of the Court due by noon on 11/25/2015. (tg) (Entered: 11/20/2015) |
| 11/22/2015 | 29 | | RESPONSE TO ORDER OF THE COURT re Order, *Plaintiff's Response to Minute Order* filed by MARK WILLIAM TOWNSEND. (Attachments: # 1 Affidavit Personal Service – James E. Smith)(Heilbrun, Mark) (Entered: 11/22/2015) |
| 11/23/2015 | | | MINUTE ORDER (paperless) DIRECTING, upon consideration of the plaintiff's 29 Response to Minute Order, that the plaintiff supplement this response, by November 24, 2015, at 5:00 pm, by: (1) explaining in detail, in light of the representations in the 28 electronic correspondence submitted to the Court, the plaintiff's basis for believing that the James E. Smith who submitted this correspondence is a proper defendant in this case; (2) explaining what efforts, if any, plaintiff's counsel has taken to ensure the accuracy and/or veracity of the 25 Return of Service/Affidavit, which indicates service on November 4, 2015, on "James E. Smith" at "SEC, 100 F. Street, N.E., Washington, D.C., 20002," when 28 electronic correspondence indicates service was made at the recipient's home address and a home address is listed on 5 Summons for "James E. Smith;" (3) advising whether plaintiff's counsel has responded to the telephone message of the James Smith who submitted 28 electronic correspondence and, if not, explaining any reasons for not responding; (4) explaining fully the basis for plaintiff's good faith belief that the "James E. Smith," who resides at the home address listed on 5 Summons for "James E. Smith" and who submitted 28 electronic correspondence, is the correctly named defendant in this action when the James Smith, who submitted 28 electronic correspondence, denies ever holding the position of Assistant U.S. Attorney, as described in 1 Complaint, Paragraph 17. Signed by Judge Beryl A. Howell on November 23, 2015. (lcbah2) (Entered: 11/23/2015) |
| 11/23/2015 | | | Set/Reset Deadlines: Plaintiff's supplemental response due by 11/24/2015 at 5:00 p.m. (tg) (Entered: 11/23/2015) |
| 11/24/2015 | 30 | | RESPONSE TO ORDER OF THE COURT re Order,,,,,,, *Response to Minute Order* filed by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) (Entered: 11/24/2015) |
| 01/05/2016 | 31 | | NOTICE of Appearance by Paul Elias Werner on behalf of VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, LOUISE WISE (Werner, Paul) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/05/2016) |
| 01/05/2016 | 32 | | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint,, by VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA, UNKNOWN NAMED OFFICIALS OF THE ENVIRONMENTAL PROTECTION AGENCY, UNKNOWN NAMED OFFICIALS OF THE UNITED STATES DEPARTMENT OF JUSTICE, LOUISE WISE (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 01/05/2016) |
| 01/05/2016 | | | MINUTE ORDER (paperless) GRANTING the defendants' 32 Unopposed Motion for Extension. Accordingly, the defendants shall, by February 1, 2016, answer or otherwise respond to the plaintiff's 1 Complaint. Signed by Judge Beryl A. Howell on January 5, 2016. (lcbah2) (Entered: 01/05/2016) |
| 01/05/2016 | | | Set/Reset Deadlines: Answer to the Complaint due by 2/1/2016. (tg) (Entered: 01/05/2016) |
| 02/01/2016 | 33 | | MOTION to Dismiss *Counts XI − XVI* by VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, LOUISE WISE (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Werner, Paul) (Entered: 02/01/2016) |
| 02/01/2016 | 34 | | MOTION to Dismiss *Counts I−VII, IX−X, XVII−XVIII* by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 02/01/2016) |
| 02/11/2016 | 35 | | AMENDED COMPLAINT *Mark William Townsend* against All Defendants with Jury Demand filed by MARK WILLIAM TOWNSEND.(Heilbrun, Mark) (Entered: 02/11/2016) |
| 02/19/2016 | 36 | | Unopposed MOTION for Extension of Time to File Answer re 35 Amended Complaint by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 02/19/2016) |
| 02/19/2016 | | | MINUTE ORDER (paperless) DENYING as moot, in light of the plaintiff's filing of the 35 First Amended Complaint, the individual defendants' 33 Motion to Dismiss Counts XI−XVI, and the federal defendants' 34 Motion to Dismiss Counts I−VII, IX−X, XVII−XVIII; and GRANTING the defendants' 36 Unopposed Motion for Extension. The defendants shall, by March 3, 2016, answer or otherwise respond to the 35 First Amended Complaint. Signed by Judge Beryl A. Howell on February 19, 2016. (lcbah2) (Entered: 02/19/2016) |
| 02/19/2016 | | | Set/Reset Deadlines: Answer to the Amended Complaint due by 3/3/2016. (tg) (Entered: 02/19/2016) |
| 03/03/2016 | 37 | | MOTION to Dismiss *Counts XI−XVI and Count XXI* by VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. |

| | | | |
|---|---|---|---|
| | | | MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, LOUISE WISE (Attachments: # 1 Exhibit, # 2 Text of Proposed Order)(Werner, Paul) (Entered: 03/03/2016) |
| 03/03/2016 | 38 | | MOTION to Dismiss *Counts I−X and XVII−XX* by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 03/03/2016) |
| 03/07/2016 | 39 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 37 MOTION to Dismiss *Counts XI−XVI and Count XXI*, 38 MOTION to Dismiss *Counts I−X and XVII−XX* by MARK WILLIAM TOWNSEND (Attachments: # 1 Text of Proposed Order)(Heilbrun, Mark) (Entered: 03/07/2016) |
| 03/07/2016 | | | MINUTE ORDER (paperless) GRANTING the plaintiff's 39 Unopposed Motion for Extension. The plaintiff shall file any opposition to the individual defendants' 37 Motion to Dismiss Counts XIXVI and Count XXI, and the federal defendants' 38 Motion to Dismiss Counts I−X and XVII−XX, by April 7, 2016. Signed by Judge Beryl A. Howell on March 7, 2016. (lcbah2) (Entered: 03/07/2016) |
| 03/08/2016 | | | Set/Reset Deadlines: The plaintiff shall file any opposition to the individual defendants' 37 Motion to Dismiss Counts XIXVI and Count XXI, and the federal defendants' 38 Motion to Dismiss Counts I−X and XVII−XX, by 4/7/2016. (ad) (Entered: 03/08/2016) |
| 04/07/2016 | 40 | | ENTERED IN ERROR.....Memorandum in opposition to re 37 MOTION to Dismiss *Counts XI−XVI and Count XXI* filed by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) Modified on 4/8/2016 (zjf). (Entered: 04/07/2016) |
| 04/07/2016 | 41 | | RESPONSE re 38 MOTION to Dismiss *Counts I−X and XVII−XX* filed by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) (Entered: 04/07/2016) |
| 04/07/2016 | 42 | | RESPONSE re 37 MOTION to Dismiss *Counts XI−XVI and Count XXI* filed by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) (Entered: 04/07/2016) |
| 04/08/2016 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 40 Memorandum in Opposition was entered in error at the direction of counsel and refiled. (See Docket Entries 41 42 to view documents) (zjf) (Entered: 04/08/2016) |
| 04/11/2016 | 43 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 37 MOTION to Dismiss *Counts XI−XVI and Count XXI*, 38 MOTION to Dismiss *Counts I−X and XVII−XX* by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 04/11/2016) |
| 04/12/2016 | | | MINUTE ORDER (paperless) GRANTING the defendants' 43 Unopposed Motion for Extension. The defendants shall file any reply in support of their motions to dismiss by April 21, 2016. Signed by Chief Judge Beryl A. Howell on April 12, 2016. (lcbah2) (Entered: 04/12/2016) |
| 04/12/2016 | | | Set/Reset Deadlines: Defendants' reply in support of their motion to dismiss due by 4/21/2016. (tg) (Entered: 04/12/2016) |

| 04/21/2016 | 44 | | REPLY to opposition to motion re 37 MOTION to Dismiss *Counts XI−XVI and Count XXI* filed by VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, LOUISE WISE. (Werner, Paul) (Entered: 04/21/2016) |
|---|---|---|---|
| 04/21/2016 | 45 | | REPLY to opposition to motion re 38 MOTION to Dismiss *Counts I−X and XVII−XX* filed by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA. (Saltman, Julie) (Entered: 04/21/2016) |
| 02/21/2017 | 46 | | ORDER granting the individual defendants' 37 Motion to Dismiss, and granting in part and denying in part the agency defendants' 38 Motion to Dismiss. See Order for further details. Signed by Chief Judge Beryl A. Howell on February 21, 2017. (lcbah4) Modified and regenerated on 2/21/2017 (tg). (Entered: 02/21/2017) |
| 02/21/2017 | 47 | | MEMORANDUM OPINION regarding the individual defendants' 37 Motion to Dismiss and the agency defendants' 38 Motion to Dismiss. Signed by Chief Judge Beryl A. Howell on February 21, 2017. (lcbah4) (Entered: 02/21/2017) |
| 02/21/2017 | | | Set/Reset Deadlines: Joint Meet & Confer Statement due by 3/7/2017. (tg) (Entered: 02/21/2017) |
| 03/02/2017 | 48 | | Unopposed MOTION for Extension of Time to File *Joint Meet and Confer Statement*, Unopposed MOTION for Extension of Time to File Answer *to First Amended Complaint* by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 03/02/2017) |
| 03/02/2017 | | | MINUTE ORDER (paperless) GRANTING the defendants' 48 Unopposed Motion for Extension of Time. Accordingly, by March 28, 2017, the parties shall file a Joint Meet and Confer Statement and the defendants shall file an answer to the plaintiff's 35 First Amended Complaint. Signed by Chief Judge Beryl A. Howell on March 2, 2017. (lcbah4) (Entered: 03/02/2017) |
| 03/03/2017 | | | Set/Reset Deadlines: Answer to the First Amended Complaint due by 3/28/2017; Meet & Confer Statement due by 3/28/2017. (tg) (Entered: 03/03/2017) |
| 03/23/2017 | 49 | | Unopposed MOTION for Extension of Time to File *Joint Statement and Other Putative* by MARK WILLIAM TOWNSEND (Heilbrun, Mark) (Entered: 03/23/2017) |
| 03/27/2017 | | | MINUTE ORDER (paperless) GRANTING the plaintiff's 49 Unopposed Motion for Extension of Time. Accordingly, by May 11, 2017, the parties shall file a Joint Meet and Confer Statement, and the plaintiff shall file any required reply or counterclaim with respect to the defendants' answer, or seek leave of the court to amend the plaintiff's First Amended Complaint. Signed by Chief Judge Beryl A. Howell on March 27, 2017. (lcbah4) (Entered: 03/27/2017) |
| 03/27/2017 | | | Set/Reset Deadlines: Joint Meet & Confer Statement due by 5/11/2017. (tg) (Entered: 03/27/2017) |
| 03/28/2017 | 50 | | ANSWER to 35 Amended Complaint by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF |

| | | | |
|---|---|---|---|
| | | | AMERICA. Related document: <u>35</u> Amended Complaint filed by MARK WILLIAM TOWNSEND.(Saltman, Julie) (Entered: 03/28/2017) |
| 05/08/2017 | <u>51</u> | | MOTION to Amend/Correct <u>35</u> Amended Complaint by MARK WILLIAM TOWNSEND (Heilbrun, Mark). Added MOTION for Entry of Final Judgment on 5/9/2017 (znmw). Modified on 6/1/2017 to Strike Motion to Amend Complaint pursuant to 5/31/2017 minute order(zrdj). (Entered: 05/08/2017) |
| 05/11/2017 | <u>52</u> | | MEET AND CONFER STATEMENT. (Attachments: # <u>1</u> Text of Proposed Order Government Defendants, # <u>2</u> Text of Proposed Order Plaintiff)(Heilbrun, Mark) (Entered: 05/11/2017) |
| 05/22/2017 | <u>53</u> | | RESPONSE re <u>51</u> Proposed MOTION to Amend/Correct <u>35</u> Amended Complaint MOTION for Entry of Final Judgment filed by VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, LOUISE WISE. (Attachments: # <u>1</u> Text of Proposed Order)(Werner, Paul) (Entered: 05/22/2017) |
| 05/22/2017 | <u>54</u> | | Memorandum in opposition to re <u>51</u> Proposed MOTION to Amend/Correct <u>35</u> Amended Complaint MOTION for Entry of Final Judgment filed by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA. (Attachments: # <u>1</u> Text of Proposed Order)(Saltman, Julie) (Entered: 05/22/2017) |
| 05/23/2017 | | | MINUTE ORDER (paperless) ISSUING, upon consideration of the parties' <u>52</u> Joint Local Rule 16.3 Report, and cognizant of the parties' briefing of the plaintiff's <u>51</u> Motion to Amend Complaint or, in the alternative, Motion for Entry of Final Judgment, which is not yet ripe, the following SCHEDULING ORDER to control the timing of proceedings in this matter: (1) the parties shall, by June 2, 2017, exchange the information required by Federal Rule of Civil Procedure 26(a)(1); (2) each party may serve to any other party a maximum of twenty−five interrogatories and thirty document requests, without leave of the Court, with responses due thirty calendar days after service; (3) each party may take a maximum of ten depositions, without leave of the Court, in accordance with Federal Rule of Civil Procedure 30(a)(2); (4) all discovery, fact and expert, will close on March 11, 2018, on which date the parties shall file a joint status report advising the Court whether (a) the parties request referral for mediation or settlement, (b) the parties request a date for a pretrial conference, or (c) dispositive motions are anticipated. Signed by Chief Judge Beryl A. Howell on May 23, 2017. (lcbah4) (Entered: 05/23/2017) |
| 05/24/2017 | | | Set/Reset Deadlines: Initial Disclosures due by 6/2/2017; Discovery due by 3/11/2018; Joint Status Report due by 3/11/2018; (tg) (Entered: 05/24/2017) |
| 05/30/2017 | <u>55</u> | | REPLY to opposition to motion re <u>51</u> Proposed MOTION to Amend/Correct <u>35</u> Amended Complaint MOTION for Entry of Final Judgment filed by MARK WILLIAM TOWNSEND. (Attachments: # <u>1</u> Supplement Second Amended Complaint)(Heilbrun, Mark) (Entered: 05/30/2017) |
| 05/31/2017 | | | MINUTE ORDER (paperless) STRIKING the plaintiff's <u>51</u> Motion to Amend Complaint for failure to comply with Local Civil Rule 7(i), *see* LCvR 7(i) ("A motion for leave to file an amended pleading shall be accompanied by an original of the proposed pleading as amended."); *see also* Indiv. Defs.' Opp'n |

| | | | |
|---|---|---|---|
| | | | Pl.'s Mot. Amend. Compl., at 1, ECF No. 53 ("At the outset, Townsend has failed to comply with this Court's local rules, and this Court should strike his motion for leave to amend on that basis alone."); Agency Defs.' Opp'n Pl's Mot. Amend. Compl. ("Agency Defs.' Opp'n"), at 4, ECF No. 54 (noting the plaintiff's non−compliance with Local Civil Rule 7(i)), and DENYING the plaintiff's 51 motion, in the alternative, for entry of final judgment on all dismissed claims as this is not one of the "exceptional cases" that warrants Rule 54(b) certification, *Bldg. Indus. Ass'n of Superior California v. Babbitt*, 161 F.3d 740, 743 (D.C. Cir. 1998); *see also* Agency Defs.' Opp'n at 67. Signed by Chief Judge Beryl A. Howell on May 31, 2017. (lcbah4) (Entered: 05/31/2017) |
| 06/01/2017 | 56 | | Second MOTION to Amend/Correct 35 Amended Complaint by MARK WILLIAM TOWNSEND (Attachments: # 1 Supplement Proposed Pleading as Amended)(Heilbrun, Mark) (Entered: 06/01/2017) |
| 06/02/2017 | 57 | | MOTION for Extension of Time to File Response/Reply as to 56 Second MOTION to Amend/Correct 35 Amended Complaint by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 06/02/2017) |
| 06/06/2017 | | | MINUTE ORDER (paperless) GRANTING the defendants' 31 Motion for Extension of Time since no objection was timely filed. *See* 3 Standing Order, &para 6(b). Accordingly, the defendants shall, by June 22, 2017, file any opposition to the plaintiff's 56 Second Motion to Amend Complaint. Signed by Chief Judge Beryl A. Howell on June 6, 2017. (lcbah4) (Entered: 06/06/2017) |
| 06/06/2017 | | | Set/Reset Deadlines: Defendants' opposition, if any, to 56 Second Motion to Amend Complaint due by 6/22/2017. (tg) (Entered: 06/06/2017) |
| 06/22/2017 | 58 | | RESPONSE re 56 Second MOTION to Amend/Correct 35 Amended Complaint filed by VINCENT H. COHEN, JR., ARTHUR ELKINS, JAMES JONES, MARK KAMINSKY, RONALD C. MACHEN, JR, REGINA MCCARTHY, MARTHA MONELL, ROBERT PERCIASEPE, JAMES SMITH, LOUISE WISE. (Attachments: # 1 Text of Proposed Order)(Werner, Paul) (Entered: 06/22/2017) |
| 06/22/2017 | 59 | | RESPONSE re 56 Second MOTION to Amend/Correct 35 Amended Complaint filed by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(Saltman, Julie) (Entered: 06/22/2017) |
| 06/23/2017 | 60 | | MOTION FOR EXTENSION OF TIME re 56 Second MOTION to Amend/Correct 35 Amended Complaint filed by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) Modified to correct the ECF event used to file this motion on 6/23/2017 (tg). Modified title of document on 6/23/2017 (tg). (Entered: 06/23/2017) |
| 06/23/2017 | | | NOTICE OF CORRECTED DOCKET ENTRY: ECF 60 RESPONSE was converted to a MOTION for Extension of Time because counsel utilized the wrong ECF event to file a motion. The Clerk also changed the title of the document to reflect the filing of a MOTION. (tg) (Entered: 06/23/2017) |
| 06/23/2017 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER (paperless) GRANTING the plaintiff's <u>60</u> Unopposed Motion for Extension of Time. Accordingly, the plaintiff shall submit, by July 12, 2017, any reply in support of his <u>56</u> Second Motion to Amend/Correct <u>35</u> Amended Complaint. Signed by Chief Judge Beryl A. Howell on June 23, 2017. (lcbah4) (Entered: 06/23/2017) |
| 06/23/2017 | | | Set/Reset Deadlines: Plaintiff's Reply in support of his <u>56</u> Second Motion to Amend/Correct <u>53</u> Amended Complaint due by 7/12/2017. (tg) (Entered: 06/23/2017) |
| 07/12/2017 | <u>61</u> | | REPLY to opposition to motion re <u>56</u> Second MOTION to Amend/Correct <u>35</u> Amended Complaint filed by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) (Entered: 07/12/2017) |
| 10/16/2017 | <u>62</u> | | ORDER GRANTING in part and DENYING in part plaintiff's <u>56</u> Motion to Amend Complaint. See Order for further details. Signed by Chief Judge Beryl A. Howell on October 16, 2017. (lcbah4) (Entered: 10/16/2017) |
| 10/16/2017 | <u>63</u> | | MEMORANDUM OPINION regarding the plaintiff's <u>56</u> Motion to Amend Complaint. Signed by Chief Judge Beryl A. Howell on October 16, 2017. (lcbah4) (Entered: 10/16/2017) |
| 10/16/2017 | | | Set/Reset Deadlines: Joint Meet & Confer Statement due by 10/30/2017. (tg) (Entered: 10/16/2017) |
| 10/27/2017 | <u>64</u> | | NOTICE OF SUBSTITUTION OF COUNSEL by Jean−Michel Voltaire on behalf of All Defendants Substituting for attorney Julie S. Saltman (Voltaire, Jean−Michel) (Entered: 10/27/2017) |
| 10/30/2017 | <u>65</u> | | MEET AND CONFER STATEMENT. (Attachments: # <u>1</u> Text of Proposed Order)(Voltaire, Jean−Michel) (Entered: 10/30/2017) |
| 10/30/2017 | | | MINUTE ORDER (paperless) ISSUING, upon consideration of the parties' <u>65</u> Joint Local Rule 16.3 Report, the following SCHEDULING ORDER to control the timing of proceedings in this matter: (1) by November 13, 2017, the plaintiff shall file his Second Amended Complaint including only the remaining claims; (2) by November 30, 2017, the defendants shall file their amended answer; (3) by March 22, 2018, the parties shall exchange the information required by Federal Rule of Civil Procedure 26(a)(1); (4) by April 30, 2018, fact discovery shall close; (5) by August 1, 2018, the plaintiff shall submit all expert reports; (6) by August 31, 2018, the defendants shall submit all expert reports; (7) by October 11, 2018, expert discovery shall close, and the parties shall file a joint status report advising the Court whether (a) the parties request referral for mediation or settlement, (b) the parties request a date for a pretrial conference, or (c) dispositive motions are anticipated; (8) each party may serve to any other party a maximum of twenty−five interrogatories, including subparts, without leave of the Court, with responses due thirty calendar days after service; (9) each party may take a maximum of five depositions, excluding experts, without leave of the Court, as agreed by the parties; (10) by December 11, 2018, the defendants shall file any motion for summary judgment; (11) by January 10, 2019, the plaintiff shall file an opposition to any motion for summary judgment and any cross−motion for summary judgment; (12) by January 30, 2019, the defendants shall file a reply to any motion for summary judgment and an opposition to any cross−motion for summary judgment; (13) by February 19, 2019, the plaintiff shall file a reply to any cross−motion for summary judgment. |

| | | | |
|---|---|---|---|
| | | | Signed by Chief Judge Beryl A. Howell on October 30, 2017. (lcbah4) (Entered: 10/30/2017) |
| 10/31/2017 | | | Set/Reset Deadlines: Second Amended Complaint due by 11/13/2017; Amended Answer due by 11/30/2017; Initial Disclosures due by 3/22/2018; Discovery due by 4/30/2018; Plaintiff's expert reports due by 8/1/2018; Defendants' expert reports due by 8/31/2018; expert discovery due by 10/11/2018; Joint Status Report due by 10/11/2018; Summary Judgment motion due by 12/11/2018; Cross−Motion and Opposition to Motion for Summary Judgment due by 1/10/2019; Opposition to Cross−Motion and Reply to Opposition to Motion for Summary Judgment due by 1/30/2019; Reply to Opposition to Cross Motion due by 2/19/2019. (ztg) (Entered: 10/31/2017) |
| 11/13/2017 | 66 | | AMENDED COMPLAINT *TOWNSEND* against UNITED STATES ENVIRONMENTAL PROTECTION AGENCY with Jury Demand filed by MARK WILLIAM TOWNSEND.(Heilbrun, Mark) (Entered: 11/13/2017) |
| 11/13/2017 | 67 | | CERTIFICATE OF SERVICE by MARK WILLIAM TOWNSEND re 66 Amended Complaint . (Heilbrun, Mark) (Entered: 11/13/2017) |
| 11/30/2017 | 68 | | *Defendants'* ANSWER to 66 Amended Complaint by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA, UNKNOWN NAMED OFFICIALS OF THE ENVIRONMENTAL PROTECTION AGENCY, UNKNOWN NAMED OFFICIALS OF THE UNITED STATES DEPARTMENT OF JUSTICE.(Voltaire, Jean−Michel) (Entered: 11/30/2017) |
| 04/02/2018 | 69 | | Joint MOTION for Extension of Time to Complete Discovery by MARK WILLIAM TOWNSEND (Heilbrun, Mark) (Entered: 04/02/2018) |
| 04/02/2018 | | | MINUTE ORDER (paperless) GRANTING the parties' 69 Joint Motion for Extension of Discovery. Accordingly, by May 15, 2018, fact discovery shall close. Signed by Chief Judge Beryl A. Howell on April 2, 2018. (lcbah4) (Entered: 04/02/2018) |
| 04/03/2018 | | | Set/Reset Deadlines: Discovery due by 5/15/2018. (tg) (Entered: 04/03/2018) |
| 05/15/2018 | 70 | | Joint MOTION for Extension of Time to Complete Discovery by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Voltaire, Jean−Michel) (Entered: 05/15/2018) |
| 05/16/2018 | | | MINUTE ORDER (paperless) GRANTING the parties' 70 Joint Motion to Extend Fact Discovery. Accordingly, by June 29, 2018, fact discovery shall close. Signed by Chief Judge Beryl A. Howell on May 16, 2018. (lcbah4) (Entered: 05/16/2018) |
| 05/17/2018 | | | Set/Reset Deadlines: Fact discovery due by 6/29/2018. (tg) (Entered: 05/17/2018) |
| 10/02/2018 | 71 | | NOTICE of Change of Address by Jean−Michel Voltaire (Voltaire, Jean−Michel) (Entered: 10/02/2018) |
| 10/11/2018 | 72 | | Joint STATUS REPORT by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) (Entered: 10/11/2018) |

| | | | |
|---|---|---|---|
| 12/11/2018 | 73 | | MOTION for Summary Judgment by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Declaration Declaration of Dr. Tala Henry, # 4 Exhibits to Declaration of Dr. Tala Henry, # 5 Declaration Declaration of Jeffrey Morris, # 6 Exhibits A & B to Declaration of Jeffrey Morris, # 7 Plaintiff Deposition Transcript, # 8 Text of Proposed Order)(Voltaire, Jean−Michel) (Entered: 12/11/2018) |
| 01/10/2019 | 74 | | RESPONSE re 73 MOTION for Summary Judgment *Opposition of Plaintiff* filed by MARK WILLIAM TOWNSEND. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Declaration Deposition Excerpts, # 4 Exhibit Townsend Deposition Excerpts, # 5 Exhibit MSPB Cleland−Hamnett Deposition Excerpts, # 6 Text of Proposed Order)(Heilbrun, Mark) (Entered: 01/10/2019) |
| 01/11/2019 | 75 | | MOTION to Stay by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(Voltaire, Jean−Michel) (Entered: 01/11/2019) |
| 01/15/2019 | | | MINUTE ORDER (paperless) STAYING, upon consideration for the defendants' 75 Motion for a Stay of All Proceedings in Light of Lapse of Appropriations, all proceedings in this case. The Court deems the defendants' motion conceded because the plaintiff did not file any opposition to the motion within the time frames specified in the Court's Standing Order, *see* 3 Standing Order at 3. Accordingly, the parties are DIRECTED to file, within five days after Congress has appropriated funds for the defendants, a Joint Status Report proposing a schedule to govern further proceedings. Signed by Chief Judge Beryl A. Howell on January 15, 2019. (lcbah4) (Entered: 01/15/2019) |
| 01/30/2019 | 76 | | Joint STATUS REPORT *and Proposed Briefing Schedule* by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA. (Voltaire, Jean−Michel) (Entered: 01/30/2019) |
| 01/30/2019 | | | MINUTE ORDER (paperless) ISSUING, in light of the parties' 76 Joint Status Report, the following SCHEDULING ORDER to control further proceedings in this matter: (1) the defendants shall, by March 6, 2019, file their reply to the plaintiff's 74 Opposition to the Defendants' Motion for Summary Judgment; and (2) the plaintiff shall, by March 20, 2019, if authorized by the Court, file any sur−reply. Signed by Chief Judge Beryl A. Howell on January 30, 2019. (lcbah4) (Entered: 01/30/2019) |
| 01/31/2019 | | | Set/Reset Deadlines: Reply to Opposition to Motion for Summary Judgment due by 3/6/2019; sur−reply, if authorized by the Court, due by 3/20/2019. (tg) (Entered: 01/31/2019) |
| 03/06/2019 | 77 | | REPLY to opposition to motion re 73 MOTION for Summary Judgment filed by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA. (Voltaire, Jean−Michel) (Entered: 03/06/2019) |
| 03/07/2019 | 78 | | MOTION for Leave to File *Surreply* by MARK WILLIAM TOWNSEND (Attachments: # 1 Text of Proposed Order)(Heilbrun, Mark) (Entered: 03/07/2019) |

| 03/08/2019 | 79 | | Memorandum in opposition to re 78 MOTION for Leave to File *Surreply* filed by UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA. (Voltaire, Jean−Michel) (Entered: 03/08/2019) |
|---|---|---|---|
| 03/08/2019 | | | MINUTE ORDER (paperless) DENYING the plaintiff's 78 Motion for Leave of Court to File a Surreply ("Pl.'s Mot."). "The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." *Canning v. U.S. Dep't of Justice*, 251 F. Supp. 3d 74, 77 (D.D.C. 2017). As the defendants note in their 79 Opposition to Plaintiff's Motion ("Defs.' Opp'n"), the plaintiff "has not identified any new arguments presented in [defendants'] Reply to which he believes he should have an opportunity to respond." Defs.' Opp'n at 1. Rather, the plaintiff indicates a surreply is needed "if for no other reason than to correct the egregious errors that the [defendants] ha[ve] presented." Pl.'s Mot. at 1. The Court concludes, in its discretion, *see Canning*, 251 F. Supp. 3d at 77, that the plaintiff has failed to identify why a surreply is warranted and the motion is thereby denied. Signed by Chief Judge Beryl A. Howell on March 8, 2019. (lcbah4) (Entered: 03/08/2019) |
| 03/08/2019 | 80 | | REPLY to opposition to motion re 78 MOTION for Leave to File *Surreply* filed by MARK WILLIAM TOWNSEND. (Heilbrun, Mark) (Entered: 03/08/2019) |
| 08/27/2019 | 81 | | ORDER GRANTING the defendants' 73 Motion for Summary Judgment. See Order for further details. The Clerk of the Court is directed to close this case. Signed by Chief Judge Beryl A. Howell on August 27, 2019. (lcbah4) (Entered: 08/27/2019) |
| 08/27/2019 | 82 | | MEMORANDUM OPINION regarding the defendants' 73 Motion for Summary Judgment. Signed by Chief Judge Beryl A. Howell on August 27, 2019. (lcbah4) (Entered: 08/27/2019) |
| 09/23/2019 | 83 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 81 Order on Motion for Summary Judgment, 82 Memorandum & Opinion by MARK WILLIAM TOWNSEND. Filing fee $ 505, receipt number 0090−6391747. Fee Status: Fee Paid. Parties have been notified. (Heilbrun, Mark) (Entered: 09/23/2019) |
| 09/23/2019 | 84 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 83 Notice of Appeal to DC Circuit Court. (zrdj) (Entered: 09/23/2019) |
| 10/01/2019 | | | USCA Case Number 19−5259 for 83 Notice of Appeal to DC Circuit Court, filed by MARK WILLIAM TOWNSEND. (zrdj) (Entered: 10/01/2019) |
| 09/27/2022 | 85 | | MANDATE of USCA as to 83 Notice of Appeal to DC Circuit Court, filed by MARK WILLIAM TOWNSEND ; USCA Case Number 19−5259. (Attachment: # 1 USCA Order)(zed) (Entered: 10/04/2022) |
| 10/06/2022 | | | MINUTE ORDER (paperless) DIRECTING the parties, in light of the issuance by the U.S. Court of Appeals for the D.C. Circuit of the 85 Mandate, to file, by October 14, 2022, a joint status report proposing a schedule to govern further proceedings in this matter. Signed by Chief Judge Beryl A. Howell on October 6, 2022. (lcbah4) (Entered: 10/06/2022) |

| 10/07/2022 | | | Set/Reset Deadlines: Joint Status Report due by 10/14/2022. (ztg) (Entered: 10/07/2022) |
|---|---|---|---|
| 10/07/2022 | 86 | | NOTICE OF SUBSTITUTION OF COUNSEL by Cristen Cori Handley on behalf of All Defendants Substituting for attorney Jean−Michel Voltaire (Handley, Cristen) (Entered: 10/07/2022) |
| 10/14/2022 | 87 | | Joint STATUS REPORT by WENDY CLELAND−HAMNETT, TALA RAE HENRY, JAMES JONES, MARTHA MONELL, ROBERT PERCIASEPE, SCOTT PRUITT, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, UNITED STATES OF AMERICA, UNKNOWN NAMED OFFICIALS OF THE ENVIRONMENTAL PROTECTION AGENCY, LOUISE WISE. (Handley, Cristen) (Entered: 10/14/2022) |
| 10/20/2022 | | | MINUTE ORDER (paperless) ISSUING, upon consideration of the parties' 87 Joint Status Report, and the lack of available trial dates on the Court's calendar in July, August, and September 2023, the following SCHEDULING ORDER:<br><br>(1) By April 21, 2023, the parties shall file any pre−trial motions, including any motions in limine, with any oppositions due by May 5, 2023, and any replies due by May 12, 2023;<br>(2) By May 12, 2023, the parties shall file their Joint Pretrial Statement;<br>(3) On May 26, 2023, at 10:00 AM the parties are DIRECTED to appear in Courtroom 22A for a pretrial conference in this matter;<br>(4) On June 5, 2023, at 9:00 AM the parties are DIRECTED to appear for a bench trial in this matter. Plaintiffs request for a jury trial is denied, as the ADEA confers no "right to trial by jury on ADEA plaintiffs proceeding against the federal government." *Lehman v. Nakshian*, 453 U.S. 156, 165 (1981). Signed by Chief Judge Beryl A. Howell on October 20, 2022. (lcbah4) (Entered: 10/20/2022) |
| 10/20/2022 | | | Set/Reset Deadlines/Hearings: Pretrial motions, including motions in limine due by 4/21/2023; responses due by 5/5/2023; replies due by 5/12/2023; Joint Pretrial Statement due by 5/12/2023; Pretrial Conference scheduled for 5/26/2023, at 10:00 AM in Courtroom 22A before Chief Judge Beryl A. Howell; Bench Trial scheduled for 6/5/2023, at 9:00 AM in Courtroom 22A before Chief Judge Beryl A. Howell. (ztg) (Entered: 10/20/2022) |
| 10/24/2022 | 88 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order,,,, by MARK WILLIAM TOWNSEND. Filing fee $ 505, receipt number ADCDC−9621748. Fee Status: Fee Paid. Parties have been notified. (Heilbrun, Mark) (Entered: 10/24/2022) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Mark William Townsend**
                       Plaintiff

                    vs.            Civil Action No.**1:15-cv–01644-BAH**

**United States of America, et al**
                       Defendants

# NOTICE OF APPEAL

Notice is hereby given this 24th day of October, 2022, that Plaintiff Mark William Townsend

Hereby and with profound respect to the Honorable presiding Chief Judge and to the United States, appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment [Minute Order, paragraph (4), denial of trial by jury, in light of intervening good faith meritorious doctrine, as plausibly harmonized with LCvR 16.3(c)(16)] of this Court entered on the 20th day of October, 2022.in favor of United States of America, et al against said Plaintiff Mark William Townsend.

*/s/ Mark Ramsey Heilbrun*
MARK R. HEILBRUN
D.C. Bar No. 434681
HARLAN BRADLEY LLP
1220 L. Street, N.W. Suite 100
Washington, D.C. 20005
(202) 577-5234
mh@harlanbradleyllp.com

Counsel for Plaintiff

**Notice of Electronic Filing**

The following transaction was entered on 10/20/2022 at 11:49 AM and filed on 10/20/2022

| | |
|---|---|
| **Case Name:** | TOWNSEND v. UNITED STATES OF AMERICA et al |
| **Case Number:** | 1:15−cv−01644−BAH |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 MINUTE ORDER (paperless) ISSUING, upon consideration of the parties' [87] Joint Status Report, and the lack of available trial dates on the Court's calendar in July, August, and September 2023, the following SCHEDULING ORDER:

(1) By April 21, 2023, the parties shall file any pre−trial motions, including any motions in limine, with any oppositions due by May 5, 2023, and any replies due by May 12, 2023;
(2) By May 12, 2023, the parties shall file their Joint Pretrial Statement;
(3) On May 26, 2023, at 10:00 AM the parties are DIRECTED to appear in Courtroom 22A for a pretrial conference in this matter;
(4) On June 5, 2023, at 9:00 AM the parties are DIRECTED to appear for a bench trial in this matter. Plaintiffs request for a jury trial is denied, as the ADEA confers no "right to trial by jury on ADEA plaintiffs proceeding against the federal government." *Lehman v. Nakshian*, 453 U.S. 156, 165 (1981). Signed by Chief Judge Beryl A. Howell on October 20, 2022. (lcbah4)

**1:15−cv−01644−BAH Notice has been electronically mailed to:**

Mark Ramsey Heilbrun     mh@harlanbradleyllp.com, heilbrun32@gmail.com

Paul Elias Werner     paul.werner@usdoj.gov, bivens.ecf@usdoj.gov, evelyn.kennedy@usdoj.gov

Cristen Cori Handley     Cristen.Handley@usdoj.gov, Fedprog.ecf@usdoj.gov

**1:15−cv−01644−BAH Notice will be delivered by other means to::**